**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David J. Cook,                                             Case No. 26-CV-0979 (JMB/DJF)

      Petitioner,

v.                                                                        **ORDER**

United States of America,

      Respondent.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Dulce J. Foster dated March 4, 2026.  (Doc. No. 3.)  The R&R recommends that the Court dismiss this action, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  (*Id.*)  Neither party has objected to the R&R, and the time to do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The R&R (Doc. No. 3) is ADOPTED; and

2.      The action is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 30, 2026                                      /s/ *Jeffrey M. Bryan*
                                        Judge Jeffrey M. Bryan
                                        United States District Court

1